IN THE DISTRICT COURT OF APPEAL
FIRST DISTRICT, STATE OF FLORIDA

LESTER RAPHAEL CHEATUM,

     Appellant,

v.

STATE OF FLORIDA,

     Appellee.

_____/

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

CASE NO. 1D15-2595

Opinion filed July 8, 2016.

An appeal from the Circuit Court for Escambia County.
Ross M. Goodman, Judge.

Christopher Crawford, Pensacola, for Appellant.

Pamela Jo Bondi, Attorney General, Donna A. Gerace and David Llanes, Assistant
Attorneys General, Tallahassee, for Appellee.

PER CURIAM.

     AFFIRMED.

THOMAS, WETHERELL, and WINSOR, JJ., CONCUR.